IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DAVID V. MARTINEZ,

    Plaintiff,

     v.                                                            No. 1:15-CV-00786-WJ-KBM

FNU ALVA,
FNU MCBEE,

    Defendants.

ORDER TO SHOW CAUSE

This matter is before the Court *sua sponte*. The record reflects that a recent mailing to Plaintiff was returned as undelivered (*see* Doc. 10). It appears that Plaintiff has been released from custody or transferred without advising the Court of his new address, as required by D.N.M.LR-Civ 83.6, thus severing contact with the Court. Because Plaintiff has failed to comply with the Court's local rules, he will be required to show cause why this action should not be dismissed. *See Bradenburg v. Beaman*, 632 F.2d 120, 122 (10th Cir. 1980) ("It is incumbent on litigants, even those proceeding pro se, to follow the federal rules of procedure. . . . The same is true of simple, nonburdensome local rules . . . ." (citation omitted)). Failure to comply with this Order may result in dismissal without further notice.

IT IS THEREFORE ORDERED that, within twenty-one (21) days from entry of this order, Plaintiff shall notify the Clerk in writing of his current address or otherwise show cause why this action should not be dismissed.

                                                                    _____
                                                            UNITED STATES CHIEF MAGISTRATE JUDGE