IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DAVID V. MARTINEZ,

    Plaintiff,

v.                                                       CIV 15-0786 WJ/KBM

FNU ALVA et al.,

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

    The Magistrate Judge filed her Proposed Findings Recommending Dismissal of the Complaint without prejudice on June 27, 2016 (*Doc. 29*). The proposed findings notify Plaintiff of his ability to file objections within fourteen (14) days and that failure to do so waives appellate review. *Id.* at 2. To-date, Plaintiff has not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered to Plaintiff's current address of record.

    Wherefore,

    **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (*Doc. 29*) is ADOPTED;

2. Plaintiff's Civil Rights Complaint (*Doc. 1*) is dismissed **without prejudice**;

3. A final order is entered concurrently herewith.

                                                                  _____
                                                                  UNITED STATES DISTRICT JUDGE